UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JASNA SUDAR,<br><br>Defendant. | Case No.: CA 05-097L |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 3, 2005, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the



2

Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 6-7.

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and VIRGIN RECORDS AMERICA, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 31st day of March, 2005 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid to Ms. Jasna Sudar, 969 West Main Road, Apt. 6402, Middletown, RI 02842.

______________________
James E. O'Neil, Esq.

# DECLARATION OF JAMES E. O'NEIL

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On February 28, 2005, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on March 3, 2005, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. I am informed and believe that a search for Defendant's name was conducted in the U.S. Military Locator database of LexisNexis. I am informed and believe the search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 3/31/05 at North Kingstown R.I.

JAMES E. O'NEIL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER:

[redacted] 05 097 L

**INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,**

v.

**JASNA SUDAR**

TO:

**JASNA SUDAR**
**969 West Main Road, Apt. 6402**
**Middletown, RI 02842**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil** Phone (401) 667-7111
**The Meadows, Suite A103** Fax (401) 667-7112
**1130 Ten Rod Road**
**North Kingstown, RI 02852**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Francis P. McCabe

(BY) DEPUTY CLERK

DATE 2/28/05

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served ______

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Maja Sudar (Daughter)

☐ Returned unexecuted ______

☐ Other (specify) ______

## STATEMENT OF SERVICE FEES

| TRAVEL 10.00 | SERVICES 50.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/3/05
Date

Signature of Server

Address of Server

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

Alfred J. Harris
Authorized Federal Process Server

X Maja Sudar
Daughter

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JASNA SUDAR,<br><br>Defendant. | Case No.: CA 05-097L |

**REQUEST TO ENTER DEFAULT;**

**DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 3, 2005, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the

Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 6-7.

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and VIRGIN RECORDS AMERICA, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24 day of March, 2005 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid to Ms. Jasna Sudar, 969 West Main Road, Apt. 6402, Middletown, RI 02842.

______________________
James E. O'Neil, Esq.

# EXHIBIT A

## JASNA SUDAR

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | The Time | Jungle Love | Ice Cream Castle | 55-021 |
| Virgin Records America, Inc. | Spice Girls | Viva Forever | Spiceworld | 261-523 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| Atlantic Recording Corporation | Lil' Kim | How Many Licks? | The Notorious K.I.M. | 286-624 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| BMG Music | Christina Aguilera | Genie in a Bottle | Christina Aguilera | 274-004 |
| Sony BMG Music Entertainment | Destiny's Child | Bug A Boo | The Writing's on the Wall | 268-936 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| Arista Records LLC | Toni Braxton | Spanish Guitar | The Heat | 287-194 |

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| RoXyChiKa530@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | | Audic |
| RoXyChiKa530@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | | Audi |
| RoXyChiKa530@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Folk.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Funk.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | | |
| RoXyChiKa530@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - RB.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Audio - Stuart Smith.kpl | Stuart Smith | 0KB | | A |
| RoXyChiKa530@KaZaA | Audio - Waylandshpere.kpl | Unknown | 0KB | | Audi |
| RoXyChiKa530@KaZaA | Destinys Child - Where Did You Go.mp3 | Destiny's Child | 840KB | Audio | |
| RoXyChiKa530@KaZaA | Video - Bob Marley.kpl | Unknown | 0KB | | |
| RoXyChiKa530@KaZaA | Video - Documentaries.kpl | Unknown | 0KB | | Vide |
| RoXyChiKa530@KaZaA | Destinys child - Story Of Beauty.mp3 | Destiny's Child | 3,308KB | Audio | |
| RoXyChiKa530@KaZaA | Britney Spears - I´m A´Slave 4 U.mp3 | Britney Spears | 3,212KB | Audio | |
| RoXyChiKa530@KaZaA | Britney Spears - Overprotected.mp3 | Britney Spears | 4,685KB | Audio | ( |
| RoXyChiKa530@KaZaA | Britney Spears ft. Pharrell - Boyz Remix.mp3 | Britney Spears Ft Pharell | 3,518KB | Audio | |
| RoXyChiKa530@KaZaA | burzum - war.mp3 | Burzum | 2,346KB | Audio | |
| RoXyChiKa530@KaZaA | Cha Cha Slide - Mr C The Slide Man.mp3 | Cha Cha Slide | 3,938KB | Audio | |
| RoXyChiKa530@KaZaA | cheer - jock jams mix (cheerleading competition dance).mp3 | cheer | 1,660KB | Audio | jock jams mix (cheerleadin |
| RoXyChiKa530@KaZaA | CHEER-Rap- DJ Mixes - Hip Hop Party Mix.mp3 | Unknown | 1,193KB | Audio | CHEER-Rap- DJ Mixes |
| RoXyChiKa530@KaZaA | Cheerleading Mixes - Cheer Sound Effects.mp3 | Various | 510KB | Audio | Gymna |
| RoXyChiKa530@KaZaA | cheerleading mixes - Pom Dance Mix Down (1).mp3 | cheerleading mixes | 818KB | Audio | Pom D |
| RoXyChiKa530@KaZaA | cheerleading songs - Track 7 - Untitled - New CD (9) - 07 (1.. | cheermix | 1,216KB | Audio | heerleading songs - Track 7 - Untit |
| RoXyChiKa530@KaZaA | Chingy - Right Thurr (1).mp3 | Chingy | 5,081KB | Audio | |
| RoXyChiKa530@KaZaA | Christina Aguilera - Dirrty (Cd quality) (1).mp3 | Christina Aguilera | 3,827KB | Audio | Dir |

Found 895 files | 3,633,213 users online, sharing 642,722,746 files (4,857,216 GB) | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| RoXyChiKa530@KaZaA | Christina Aguilera - Dirrty (Cd quality) (1).mp3 | Christina Aguilera | 3,827KB | Audio | Dir |
| RoXyChiKa530@KaZaA | Christina Aguilera, Pink, Mya _Lil' Kim - Lady Marmelade (m... | Lil' Kim | 6,222KB | Audio | |
| RoXyChiKa530@KaZaA | Copy (2) of 14MYA-CANT_BELIEVE.MP3 | Mya | 4,028KB | Audio | |
| RoXyChiKa530@KaZaA | Copy of pyt - deep down.mp3 | PYT | 4,011KB | Audio | |
| RoXyChiKa530@KaZaA | Crazy In Love.mp3 | Beyoncé Knowles feat. J... | 5,571KB | Audio | |
| RoXyChiKa530@KaZaA | Destiny's Child - Brown Eyes.mp3 | Destinys Child | 4,314KB | Audio | |
| RoXyChiKa530@KaZaA | Destiny's Child - Bugaboo.mp3 | Destiny's Child | 4,959KB | Audio | |
| RoXyChiKa530@KaZaA | Destiny's Child - Say My Name.mp3 | DESTINY'S CHILD | 4,240KB | Audio | |
| RoXyChiKa530@KaZaA | Destinys Child - Shut Up (1).mp3 | artist | 3,596KB | Audio | destinys |
| RoXyChiKa530@KaZaA | Dimmu borgir - Burn in hell.mp3 | Dimmu borgir | 4,775KB | Audio | |
| RoXyChiKa530@KaZaA | disco.kpl | Various Artists | 0KB | | |
| RoXyChiKa530@KaZaA | DJ Dave - Stand By Me 2002.mp3 | DJ Dave | 5,649KB | Audio | |
| RoXyChiKa530@KaZaA | Dj Envy-Joe Budden Freestyle.mp3 | Joe Buddens | 703KB | Audio | |
| RoXyChiKa530@KaZaA | Dj moortje - If I Was A Rich Girl.mp3 | Lady Saw | 4,930KB | Audio | |
| RoXyChiKa530@KaZaA | DJ Sammy -Baby your all that I want.mp3 | DJ Sammy | 3,634KB | Audio | Baby |
| RoXyChiKa530@KaZaA | DMX-Im gonna live forever never gonna die.mp3 | DMX | 5,147KB | Audio | Im gonna live forev |
| RoXyChiKa530@KaZaA | Donell Jones - You Know That I Love You (1).mp3 | Donnel Jones | 4,096KB | Audio | You Kn |
| RoXyChiKa530@KaZaA | Eden's Crush - 07 - I Wanna Be Free.mp3 | Eden's Crush | 1,526KB | Audio | |
| RoXyChiKa530@KaZaA | Eden's Crush - Higher Than Heaven.mp3 | Eden's Crush | 3,428KB | Audio | H |
| RoXyChiKa530@KaZaA | Eden's Crush - I wanna be daylight in your eyes.mp3 | Eden's Crush | 3,254KB | Audio | I wanna be d |
| RoXyChiKa530@KaZaA | Eden's Crush - Love This Way (Album version).mp3 | Edens crush | 3,266KB | Audio | |
| RoXyChiKa530@KaZaA | Eden's Crush - What's Good For The Goose (Remix).mp3 | Eden's Crush | 3,996KB | Audio | What's Good Fo |
| RoXyChiKa530@KaZaA | Eden's Crush - You Know I Can.mp3 | Eden's Crush | 2,238KB | Audio | |
| RoXyChiKa530@KaZaA | Eden's Crush [PopStars] - Empty Room.mp3 | Eden's Crush | 3,402KB | Audio | |
| RoXyChiKa530@KaZaA | Eden's Crush-Glamorous Life.mp3 | Edens Crush | 1,256KB | Audio | |
| RoXyChiKa530@KaZaA | Edens Crush - Promise Me.mp3 | Eden's Crush | 4,434KB | Audio | |
| RoXyChiKa530@KaZaA | Edens Crush -Two Way.mp3 | Eden's Crush | 3,312KB | Audio | Eden |
| RoXyChiKa530@KaZaA | Edens Crush- Pure and Simple.mp3 | Eden's Crush | 7,359KB | Audio | |

Found 895 files | 3,633,213 users online, sharing 642,722,746 files (4,857,216 GB) | Not sharing any files