AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## DISTRICT OF RHODE ISLAND

SUMMONS IN A CIVIL CASE

CASE NUMBER: [redacted] 05 097L

**INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,**

**v.**

**JASNA SUDAR**

TO:
**JASNA SUDAR**
**969 West Main Road, Apt. 6402**
**Middletown, RI 02842**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE 2/28/05

4

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Maja Sudar (daughter)

☐ Returned unexecuted

☐ Other (specify)

## STATEMENT OF SERVICE FEES

| TRAVEL 10.00 | SERVICES 50.00 | TOTAL 60.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/3/05 (Date) [signature] (*Signature of Server*)

*Address of Server*

ALFRED J. HARRIS
CONSTABLE
P.O. BOX 1107
PAWTUCKET, RI 02862

Alfred J. Harris
Authorized Federal Process Server

X Maja Sudar
Daughter

FILED
2005 APR 14 A 10:26
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.