UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JASNA SUDAR,<br><br>Defendant. | Case No.: CA 05-097L |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT AND HER COUNSEL:

PLEASE TAKE NOTICE that, on April 11, 2005, the Clerk of the Court entered the default of Defendant. A copy of the default by clerk is attached hereto as Exhibit A, and incorporated herein by this reference.



5

By: ______________________

James E. O'Neil, Esq. (RI Bar # 2097)
The Meadows, Suite A-103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax: (401) 667-7112

Attorney for INTERSCOPE RECORDS; ATLANTIC RECORDING CORP; ARISTA RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and VIRGIN RECORDS AMERICA, INC.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 26th day of April, 2005, I mailed a true and accurate copy of the within Notice of Entry of Default by Clerk first class, postage prepaid to Mr. Mark Bardoff, Esq., Bardoff & Bardoff, 36 Washington Square, Newport, RI 02840 and Ms. Jasna Sudar, 969 West Main Rd., Apt. 6402, Middletown, RI 02842

______________________
James E. O'Neil, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 04 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; and VIRGIN RECORDS AMERICA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JASNA SUDAR,<br><br>Defendant. | Case No.: CA 05-097L |

DEFAULT HEREBY ENTERED
B. Guilfoilan
DEPUTY CLERK
4/11/05

## REQUEST TO ENTER DEFAULT;

## DECLARATION OF JAMES E. O'NEIL IN SUPPORT THEREOF

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of James E. O'Neil ¶ 5.

Plaintiffs served the Summons and Complaint on Defendant on March 3, 2005, by substitute service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the



3

Complaint. Id. ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 6-7.

By: ______________________

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for INTERSCOPE RECORDS; ATLANTIC RECORDING CORP.; ARISTA RECORDS LLC; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; and VIRGIN RECORDS AMERICA, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 24 day of March, 2005 I mailed a true and accurate copy of the within Request to Enter Default first class, postage prepaid to Ms. Jasna Sudar, 969 West Main Road, Apt. 6402, Middletown, RI 02842.

______________________
James E. O'Neil, Esq.