05-97 L

**DECLARATION OF JAMES E. O'NEIL**

I, James E. O'Neil, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of Rhode Island and this United States District Court. I am an attorney in the law firm of James E. O'Neil, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On February 28, 2005, Plaintiffs filed the Complaint. See Docket Entry No. 1.

3. On April 11, 2005, the Clerk of this Court entered the default of Defendant. See Docket Entry No. 3.

4. Defendant has not appeared in this action.

5. I am informed and believe that Defendant is not an infant or incompetent person and, after consulting available public databases, is not in the military service.

6. Plaintiffs have incurred costs in this case in the amount of $310.00.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4/21/05 at North Kingstown, R.I..

J E O'Neil

JAMES E. O'NEIL

(7)