# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER: CA 05-97L** **DATE: 5/19/05**

**TITLE OF CASE: Interscope Records v. Jasna Sudar**

---

Senior District Judge - Ronald R. Lagueux

Courtroom clerk - Barbara J. Gilfillan

Court Reporter - Angela Reynolds

---

Motion hearing re: [6-1] motion for Default Judgment against Jasna Sudar Motion hearing held; Mr. O'Neill for plaintiff, Ms. Sudar present; Angela Reynolds court reporter; default judgment entered in the amount of $7500.00 plus $310.00 i costs; injunction entered

9